

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G–8
Los Angeles, CA 90012
Tel: (213) 894–3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701–4516
(714) 338–4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328–4450

**KIRY K. GRAY**
Clerk of Court

April 28, 2016

 Los Angeles County Superior Court – Central District
 111 North Hill Street
 Los Angeles, CA 90012

Re:  Case Number:  _____2:16–cv–01317–MWF–PLA_____
    Previously Superior Court Case No.  _____BC–607346)_____
    Case Name:  _____WINSON TANG V. LINDSAY ROSENWALD ET AL_____

Dear Sir/Madam:

      Pursuant to this Court's ORDER OF REMAND issued on _____4/27/2016_____, the above–referenced case is hereby remanded to your jurisdiction.

      Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

      Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

                                    Respectfully,

                                    Clerk, U.S. District Court

                                    By: _/s/ Jenny Lam_
                                        Deputy Clerk
                                        (Jenny_Lam@cacd.uscourts.gov)
                                        Western Division

*cc: Counsel of record*

Receipt is acknowledged of the documents described herein.

                                    Clerk, Superior Court

                                    By: _____

_____
Date                                    Deputy Clerk