

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KIRY K. GRAY
Clerk of Court

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

April 28, 2016

Los Angeles County Superior Court – Central District
111 North Hill Street
Los Angeles, CA 90012

FILED
CLERK, U.S. DISTRICT COURT
MAY 23 2016
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Re: Case Number: 2:16-cv-01317-MWF-PLA
Previously Superior Court Case No. BC-607346)
Case Name: WINSON TANG V. LINDSAY ROSENWALD ET AL

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on 4/27/2016, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U.S. District Court

By: */s/ Jenny Lam*
Deputy Clerk
(Jenny_Lam@cacd.uscourts.gov)
Western Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

May 5, 2016
Date

Clerk, Superior Court

By: [signature]
Deputy Clerk